IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

In re:

| | | |
|---|---|---|
| CHAD RANDALL WALLACE, | ) | Case No.  3:19-BK-32187-SHB |
| AMBER LEA WALLACE, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

<u>TRUSTEE'S RESPONSE IN OPPOSITION TO MOTION OF NATIONSTAR
MORTGAGE LLC D/B/A MR. COOPER FOR RELIEF FROM THE AUTOMATIC STAY
AND ABANDONMENT</u>

Comes F. Scott Milligan, Chapter 7 Trustee, in opposition to the Motion for Relief from Automatic Stay and Abandonment filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Mr. Cooper") In support of his opposition, the Trustee would show unto the Court as follows:

1.     The Motion on its face shows a property value of $280,000.00 and debt of approximately $195,000.00.  Thus, there appears to be equity in the property above the debtors' exemption amount.  The Trustee has not held the meeting of creditors yet in the case.  The Trustee is having his realtor inspect the property for possible sale.

2.     The Trustee respectfully requests that the Motion for Relief be denied at this time, without prejudice, or that the matter be set on the docket to allow the Trustee time to inspect the property for possible sale for the benefit of the bankruptcy estate.

WHEREFORE, the Trustee respectfully requests that the Motion for Relief from Automatic Stay and Abandonment be denied or set for a hearing.

Respectfully submitted this 8th  day of August, 2019.

/s/ F. Scott Milligan
F. Scott Milligan, BPR No. 13886
PO Box 12266
Knoxville, TN  37912
865-522-3311

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, a true and correct copy of the foregoing Response has been served upon the following by electronic mail and/or (ECF).

    Tiffany DiIorio, Attorney for US Trustee
    Richard M. Mayer, Attorney for Debtors
    Seth Greenhill, Attorney for Creditor

The following have been served below by placing a copy thereof, first class postage prepaid, hand delivery, or facsimile.

    Chad and Amber Wallace
    330 Wallace Lane
    Bean Station, TN 37708

    /s/ F. Scott Milligan
    F. Scott Milligan